Cite as 2026 Ark. 20

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered:** February 5, 2026 |

**PER CURIAM**

Joshua Ashley, Esq., of Little Rock, is appointed to the position of Reporter for the Arkansas Supreme Court Committee on Civil Practice for an approximate three-year term to expire on June 1, 2029. We thank him for his willingness to serve on this important committee. His term will begin April 1, 2026.

The court expresses its gratitude to outgoing Reporter Brian Brooks for his years of commitment and outstanding service to this committee.